**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>**TOTAL ENVIRONMENTAL CONCEPTS, INC.,**<br><br>**Plaintiff,**<br>v.<br><br>**FEDERAL INSURANCE COMPANY,**<br><br>**Defendant.** | Case No: 2:20-cv-03992-EAS<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Jolson |

**JOINT MOTION TO STAY**

Plaintiff Total Environmental Concepts, Inc. and Defendant Federal Insurance Company (collectively, the "Parties") hereby jointly request that this Court stay this case for sixty (60) days, up to and including January 11, 2021, to provide the Parties time to engage in good faith settlement negotiations. In the event the Parties do not reach settlement, counsel for Plaintiff will notify the Court by or before January 11, 2021.

Respectfully Submitted,

| | |
|---|---|
| */s/ Katherine C. Ferguson*<br>Katherine C. Ferguson (0079207)<br>Lindsay M. Nelson (0095560)<br>Kooperman Mentel Ferguson Yaross<br>100 S. 4th Street, Suite 100<br>Columbus, Ohio 43215<br>Telephone: (614) 344-4800<br>Facsimile: (614) 344-4801<br>Email: KFerguson@KMFYLaw.com<br>         LNelson@KMFYLaw.com<br><br>Jessica A. DuHoffmann (PHV)<br>Michael B. Brown (PHV)<br>Miles & Stockbridge, P.C.<br>100 Light Street | */S/ John A. Murphy, Jr. per email auth*<br>John A. Murphy, Jr. (#0019242)<br>Richard W. Arnold (#0063367)<br>Arnold & Associates, Ltd.<br>3458 Massillon Rd.<br>Uniontown, Ohio 44685<br>Telephone: (330) 563-4149<br>Email: jmurphy@asalawfirm.com<br>         rarnold@asalawfirm.com<br>*Counsel for Defendant Federal Insurance Company* |

Baltimore, Maryland 21202
Telephone: (410) 727-6464
Email: jduhoffm@milesstockbridge.com
　　　　mbbrown@milesstockbridge.com
*Counsel for Plaintiff*