**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TOTAL ENVIRONMENTAL**
**CONCEPTS, INC.**

    **Plaintiff,**

  v.

                            Case No. 2:20-cv-3992
                            Judge Edmund A. Sargus, Jr.
                            Magistrate Judge Kimberly A. Jolson

**FEDERAL INSURANCE COMPANY.,**

    **Defendant.**

## ORDER

This matter arises on Plaintiff's Motion To Substitute Pro Hac Vice Counsel to Act as the Trial Attorney or, Alternatively, Motion for Leave to Permit Attorney Lindsay M. Nelson to Appear on Plaintiff's Behalf at the Settlement Conference.  (ECF No. 42).  The Court does not find good cause for this substitution.  However, the Court will grant Plaintiff alternative motion for leave to permit Lindsay M. Nelson to appear at the settlement conference in lieu of the currently designated Trial Attorney, Katherine C. Ferguson, Esq.  Plaintiff's Motion is **GRANTED in Part** and **DENIED in Part**.  This case is to remain open.

      IT IS SO ORDERED.

**4/6/2023**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**